UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN R. HALL, JR.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPT,<br><br>　　　　　　Defendant. | Case No. 2:16-cv-00461-JAD-NJK<br><br>**ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS***<br><br>(Docket No. 1) |

　　　　Pending before the Court is Plaintiff's application to proceed in this action *in forma pauperis*. Docket No. 1. Plaintiff is currently incarcerated in the Nevada Southern Detention Center. *See id.* at 5. Prisoners seeking to proceed in a case *in forma pauperis* must submit an affidavit including a statement of all assets he possesses, as well as "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . ., obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2).

　　　　In this instance, Plaintiff's application includes a Financial Certificate, but it is incomplete. *See* Docket No. 1 at 4. Accordingly, the application to proceed *in forma papueris* is deficient.

　　　　Based on the foregoing, **IT IS ORDERED** that:

　　　　1. Plaintiff's application to proceed *in forma pauperis* is hereby **DENIED** without prejudice.

　　　　2. Plaintiff shall file a renewed application to proceed *in forma pauperis*, accompanied by a signed, completed financial certificate and a certified statement from his inmate trust account for the

previous six months.

3. The Clerk of the Court shall send Plaintiff a blank application form for *pro se* litigants who are incarcerated.

4. In the alternative, Plaintiff shall make the necessary arrangements to pay the filing fee of $400, accompanied by a copy of this Order.

5. Plaintiff shall have until **April 11, 2016**, to comply.

6. Failure to comply will result in a recommendation to the district judge for dismissal of this action.

Dated: March 10, 2016.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE