UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kevin R. Hall, Jr., <br><br> Plaintiff <br><br> v. <br><br> Las Vegas Metropolitan Police Department, <br><br> Defendant | 2:16-cv-00461-JAD-NJK <br><br> **Order Adopting Report and Recommendation and Dismissing and Closing Case** <br><br> [ECF No. 3] |

On March 10, 2016, Magistrate Judge Koppe denied without prejudice plaintiff Kevin R. Hall, Jr.'s application to proceed *in forma pauperis*.[1] The magistrate judge ordered Hall to either pay the filing fee or file a completed IFP application by April 11, 2016, and she expressly warned Hall that "[f]ailure to comply will result in a recommendation to the district judge for dismissal of this action."[2] This deadline has long since passed, and Hall has not paid the filing fee or filed a new *in forma pauperis* application. The magistrate judge now recommends that I dismiss this case without prejudice.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Objections to the magistrate judge's report and recommendation were due by January 10, 2017, and Hall has not filed an objection or requested an extension to do so. Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the magistrate judge's report and recommendation **[ECF No. 3] is ADOPTED**. This case is DISMISSED without prejudice.

---

[1] ECF No. 2.

[2] *Id.*

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1  The Clerk of Court is directed to CLOSE this case.

2  Dated this 13th day of January, 2017.

_____
Jennifer A. Dorsey
United States District Judge